UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRAD HEE,

        Plaintiff,

    v.

H MART, INC.,

        Defendant.

Case No. 20-cv-02960-WHO

**ORDER OF DISMISSAL**

Re: Dkt. No. 32

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **without** prejudice. The Clerk shall close the case.

Dated: February 17, 2021

_____
WILLIAM H. ORRICK
United States District Judge